James KAY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 3582.

Circuit Court of Appeals, Fourth Circuit.

April 27, 1934.

Theodore B. Benson, of Washington, D. C., for petitioner.

E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, and T. M. Mather, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

On motion of petitioner, consented to by respondent, case is docketed and dismissed.

James KAY, G. E. Thomas and J. F. Kay, Trustees, James Kay Trust, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 3583.

Circuit Court of Appeals, Fourth Circuit.

April 27, 1934.

Theodore B. Benson, of Washington, D. C., for petitioners.

E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, and T. M. Mather, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

On motion of petitioners, consented to by respondent, case is docketed and dismissed.

Edwin P. KNOTTS, Appellant, v. UNITED STATES of America, Appellee.

No. 7325.

Circuit Court of Appeals, Fifth Circuit.

May 10, 1934.

Rehearing Denied June 4, 1934.

R. E. Taylor, of Wichita Falls, Tex., for appellant.

A. W. W. Woodcock, Sp. Asst. to Atty. Gen., for the United States.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

It is ordered that the motion to dismiss the appeal filed by the appellee in the above numbered and entitled cause be granted, and that said appeal be dismissed.

On Rehearing.

The petitions of appellant for recall of the mandate and for rehearing in this case are denied.

In the Matter of Treffie LEPINE, Bankrupt-Appellee, David B. Lefkowitz, Tishman Realty & Construction Co., and Minnie Lepine, Appellants.

No. 395.

Circuit Court of Appeals, Second Circuit.

April 30, 1934.

Nordlinger, Riegelman & Cooper, of New York City (H. H. Nordlinger and Jacob M. Dinkes, both of New York City, of counsel), for appellants.

Licht & Licht, of New York City (Benjamin H. Licht and Arthur Averbuck, both of New York City, of counsel), for appellee.